UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                          Plaintiff,

              -against-

DEERING BANJO COMPANY, INC.,

                        Defendants.

1:24-cv-08965 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty (30) days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    April 24, 2026
         New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**